UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRYL SARTAIN** | **CIVIL ACTION** |
| **versus** | **NO. 07-5903** |
| **LYNN COOPER, WARDEN,**<br>**AVOYELLES PARISH CORRECTIONAL CENTER** | **SECTION: "J" (6)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Darryl Sartain** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 29th day of October, 2008.

*[signature]*
**UNITED STATES DISTRICT JUDGE**